IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HERBERT LEE MARTIN, JR.                                                           PETITIONER

V.                        NO: 2:06CV00112 JLH-JFF

LINDA SANDERS, Warden,
Federal Correctional Institution,
Forrest City, Arkansas                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and Petitioner's motion for release on bond and a motion for emergency temporary restraining order are denied.

IT IS SO ORDERED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE