IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

HERBERT LEE MARTIN, JR.                                                    PETITIONER

V.                          NO: 2:06CV00112 JLH-JFF

LINDA SANDERS, Warden,
Federal Correctional Institution,
Forrest City, Arkansas                                                      RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice and Petitioner's motion for release on bond and a motion for emergency temporary restraining order are denied.

IT IS SO ADJUDGED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE